**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **GEORGETTE GLADSTONE, et al.** | : | **CASE NO. 3:20cv118** |
| **Plaintiffs,** | : | |
| | | **JUDGE WALTER H. RICE** |
| **v.** | : | |
| **EVENFLO COMPANY, INC.** | : | |
| **Defendant.** | : | |

---

## ORDER

---

It is hereby ordered that the above captioned cause be administratively processed.[1]

**IT IS SO ORDERED.**

*Walter H. Rice* (tp - per Judge Rice authorization after his review)

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Transferred to MDL Court.